GUY T. KELLEY, IRENE R. KELLEY, LOUIS TER-
RANA, ROBERT H. BOYD, FRANK B. MONROE,
NAN SMITH, THELMA STRAIGHT, AGNES
THOMAS, HOMER CHARLES AND MELVIN
TUFFO, APPELLANTS, v. WILLIAM RAGGIO, C.
W. (BUD) YOUNG, TED BERRUM AND ROBERT
GALLI, RESPONDENTS.

No. 4236

March 31, 1960                    350 P.2d 724

*Gray & Young*, of Reno, for Appellants.

*William J. Raggio*, District Attorney, Washoe County,
of Reno, for Respondents.

*Roger D. Foley*, Attorney General, and *John A. Porter*,
Deputy Attorney General, Amici Curiae.

## OPINION

By the Court, MCNAMEE, C. J.:

This is an appeal from a judgment dismissing a com-
plaint to enjoin the enforcement of NRS 651.040 upon
the ground of its unconstitutionality.

It is conceded that the identical principles of law pre-
sented herein were urged in the case of Viale v. Foley,
No. 4235, 76 Nev. 149, 350 P.2d 721, the opinion in which
has been handed down today. The decision in that case
is determinative of the issues here involved.

Affirmed.

BADT and PIKE, JJ., concur.